UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 25, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
/s/ AMC
DEPUTY CLERK

UNITED STATES OF AMERICA, )
            )
    Plaintiff,      )  Case No. 2:18MJ00185-CKD
v.            )
            )  ORDER FOR RELEASE OF
            )  PERSON IN CUSTODY
MARC ANTHONY GONZALEZ,  )
            )
    Defendant.     )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __MARC ANTHONY GONZALEZ__, Case No. __2:18MJ00185-CKD__, Charge __18USC § 922(g)(f)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  ___  Release on Personal Recognizance

  ___  Bail Posted in the Sum of $_____

    ___  Unsecured Appearance Bond $_____

    ___  Appearance Bond with 10% Deposit

    ___  Appearance Bond with Surety

    ___  Corporate Surety Bail Bond

    ✔  (Other)  __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 25, 2018__ at __2:00 pm__.

            By /s/ Allison Claire
               Allison Claire
               United States Magistrate Judge

Copy 2 - Court