HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARC ANTHONY GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-195-MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| MARC ANTHONY GONZALEZ, | ) | Date: February 21, 2019 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Morrison C. England |
| | ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through James Conolly, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Marc Anthony Gonzalez, that the status conference scheduled for February 21, 2019, at 10:00 a.m., be vacated and the matter continued to March 14, 2019, at 10:00 a.m. for status conference.

Defense counsel requires additional time to review additional discovery, conduct further investigation regarding potential mitigation, to engage in legal research, and to consult with the client regarding a possible resolution of this matter. Additionally, defense counsel is currently in trial before Your Honor in Case No. 2:16-cr-217 MCE.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from February 19, 2019, through and including March 14, 2019; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Order                                                    -1-

1    Counsel and the defendant also agree that the ends of justice served by the Court granting

2    this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3

4    DATED: February 19, 2019

                                                Respectfully submitted,

5
                                                HEATHER E. WILLIAMS
6                                               Federal Defender

7                                               /s/ Douglas J. Beevers
                                                DOUGLAS J. BEEVERS
8                                               Assistant Federal Defender
                                                Attorney for MARC ANTHONY GONZALEZ
9

10   DATED: February 19, 2019                   MCGREGOR W. SCOTT
                                                United States Attorney
11

12                                              /s/ James Conolly
                                                JAMES CONOLLY
13                                              Assistant United States Attorney
                                                Attorney for Plaintiff
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

Time from the date the parties stipulated, February 19, 2019, up to and including March 14, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the February 21, 2019 status conference shall be continued until March 14, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: February 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE